FILED
2026 Sep-09 PM 03:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| KAREN JULISSA GARCIA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 7:25-cv-1790-MHH-GMB |
| | ) | |
| WARDEN BORDEN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM OPINION**

On June 2, 2026, the Magistrate Judge entered a report in which he recommended that the Court deny Karen Julissa Garcia's *pro se* amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, dismiss her claim pursuant to the First Step Act with prejudice, and dismiss her claim pursuant to the Second Chance Act without prejudice. (Doc. 10). The Court has not received objections to the report, even though the Magistrate Judge extended the deadline for objections, (*see* Doc. 12, p. 2).

After consideration of the record in this case and the Magistrate Judge's report, the Court adopts the report and accepts the recommendation. Consistent with that recommendation, by separate order, the Court will deny Ms. Garcia's § 2241 habeas petition, dismiss her claim under the First Step Act with prejudice, and dismiss her claim under the Second Chance Act without prejudice.

The Clerk of Court shall please TERM Doc. 10.

**DONE** and **ORDERED** this September 9, 2026.

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE